1  LAURA E. DUFFY
   United States Attorney
2  ANNE KRISTINA PERRY
   Assistant United States Attorney
3  California Bar No. 107440
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7964
   Email: anne.perry2@usdoj.gov
6
   DANIEL W. DOOHER
7  Senior Trial Attorney
   Environmental Crimes Section
8  Environment and
   Natural Resources Division
9  New York Bar No. 2041416
   601 D St NW
10 Washington, DC 20004
   Email: daniel.dooher@usdoj.gov
11
   Attorneys for United States of America
12



**FILED**

Jul 15 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ trishl        DEPUTY

13
14                    **UNITED STATES DISTRICT COURT**

15                    **SOUTHERN DISTRICT OF CALIFORNIA**

16  UNITED STATES OF AMERICA,        Case No.   15CR '15 CR1828 LAB

            Plaintiff,              INFORMATION
17      v.                          Title 18, United States Code, Sec.
                                    1001(a)(3) – Use of False Writing
18  ATLAS WOOD PRODUCTS, INC.,  (1)  or Document in a Matter concerning
    FRANCISCO RAMIREZ,          (2)  a Federal Agency; Title 7, United
19      Francisco Tovar Ramirez      States Code, Sec. 7734(a) – Use of
            Defendants.   F.R.      Counterfeit Stamp in Violation of
20                                   Plant Protection Act
21

22      The United States Attorney Charges:

23  <u>**ALLEGATIONS COMMON TO ALL COUNTS:**</u>

24                    **A.   Defendants**

25      1.   Defendant  ATLAS  WOOD  PRODUCTS,  INC.  was  a  California
26  corporation,  located  in  San  Diego,  California.   Defendant  ATLAS  WOOD
27
28

                                                          **CR****-INI

1 PRODUCTS, INC. operated a facility that manufactured, recycled, and
2 repaired wooden pallets.

3      2.   Defendant FRANCISCO RAMIREZ was president and owner of
4 defendant ATLAS WOOD PRODUCTS, INC.. As president and owner, defendant
5 FRANCISCO RAMIREZ supervised and had control over the manufacture,
6 recycling and repair of wooden pallets. He also was responsible for
7 ensuring compliance with all local, state and federal laws and
8 regulations.

9

### B.   Statutory Framework

10

11      3.   The Plant Protection Act (7 U.S.C. § 7701 *et seq.*) authorizes
12 the Secretary of Agriculture to "certify as to the freedom of plants,
13 plant products, or biological control organisms from plant pests or
14 noxious weeds, or the exposure of plants, plant products, or
15 biological control organisms to plant pests or noxious weeds,
16 according to the phytosanitary or other requirements of the countries
17 to which the plants, plant products, or biological control organisms
18 may be exported." 7 U.S.C. § 7718.
19

20      4.   Wooden pallets are the most common type of wood packaging
21 material ("WPM"). WPM is pervasive in international trade due to its
22 use in storing and preventing damage to commodities. WPM is also a
23 recognized pathway for the introduction and spread of pests in
24 international commerce. Highly destructive wood borers and beetles
25 have been introduced into countries through the importation of
26 untreated WPM.
27

28

2

**CR****-INI

5.   To limit the entry and spread of pests in international trade, the International Plant Protection Convention ("IPPC") approved on March 15, 2002, the International Standards for Phytosanitary Measures: Guidelines for Regulating Wood Packaging Material in International Trade, or ISPM-15. ISPM-15 requires WPM, including pallets, to be heat treated or chemically treated and to be stamped with an ISPM-15 stamp of compliance.

6.   Pursuant to the Plant Protection Act, the Secretary of Agriculture authorizes domestic industry organizations to issue ISPM-15 stamps to facilities such as defendant ATLAS WOOD PRODUCTS, INC. that manufacture, recycle, and repair wooden pallets for use in international commerce. 7 U.S.C. § 7751(a).

7.   Regulations promulgated by the Secretary of Agriculture pursuant to the Plant Protection Act define an ISPM-15 stamp, as "[a] certificate issued by a representative of the concerned agricultural or forestry industry under the terms of a written agreement with the Animal and Plant Health Inspection Service, giving assurance that a plant product has been handled, processed, or inspected in a manner required by a foreign government." 7 C.F.R. §§ 353.1, 353.7. The regulations provide that "[a]n industry-issued certificate includes an ISPM-15 quality/treatment mark." Id.

8.   Pursuant to these rules, the authorization to issue ISPM-15 stamps is granted by the U.S. Department of Agriculture's Animal and Plant Health Inspection Service (ALSC), to the American Lumber Standards Committee, a domestic industry non-profit organization

3

comprised of manufacturers, distributors, users, and consumers of lumber.

9. Stamps used on pallets that bear the ISPM-15 symbol, the trademark of an agency accredited by the ALSC to conduct audits of manufacturing facilities, and U.S. facility numbers indicate that the pallets were manufactured or recycled and treated in compliance with IPPC standards.

10. Section 7734(a) of the Plant Protection Act imposes a criminal penalty on "[a] person that knowingly violates this chapter, or knowingly forges, counterfeits, or, without authority from the Secretary, uses, alters, defaces, or destroys any certificate, permit, or other document provided for in this chapter." 7 U.S.C. § 7734(a).

11. Under Title 18 of the Federal Criminal Code, a person who "within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully . . . makes or uses any false writing or document knowing the same to contain materially false, fictitious, or fraudulent statement or entry," is subject to criminal penalties. 18 U.S.C. § 1001(a)(3).

12. The United States Department of Agriculture is a federal department of the executive branch of the U.S. government. Regulation of wooden pallets such as those manufactured, recycled and repaired by ATLAS WOOD PRODUCTS, INC. falls within the jurisdiction of the U.S. Department of Agriculture.

4

## C. Factual Background

13. On or about June 14, 2005, the ALSC issued an ISPM-15 stamp, with the markings "US-4679 HT," to defendant ATLAS WOOD PRODUCTS, INC. Defendant ATLAS WOOD PRODUCTS, INC. was authorized to sell wooden pallets bearing this stamp for use in international commerce, as long as the wood pallets were properly heat treated.

14. On or about September 26, 2005, the ALSC issued an additional ISPM-15 stamp, with the markings "US 163523," to defendant ATLAS WOOD PRODUCTS, INC.. Defendant ATLAS WOOD PRODUCTS, INC. was authorized to sell wooden pallets bearing this stamp for use in international commerce, as long as the wooden pallets were properly heat treated.

15. On or about May 30, 2012, defendant ATLAS WOOD PRODUCTS, INC. was no longer authorized to use stamp US 163523. In or about June 2012, defendant FRANCISCO RAMIREZ obtained a counterfeit stamp with identical markings "US 163523."

16. On or about June 14, 2012, defendant ATLAS WOOD PRODUCTS, INC. was no longer authorized to use stamp "US-4679 HT." In or about June 2012, defendant FRANCISCO RAMIREZ obtained a counterfeit stamp with identical markings "US-4679 HT."

17. From June 28, 2012, until September 23, 2013, defendant FRANCISCO RAMIREZ knowingly marked and caused wooden pallets to be marked with the counterfeit stamps "US-4679 HT" and "US 163523," even though those pallets had not been heat treated. Defendant FRANCISCO RAMIREZ caused the pallets bearing the counterfeit stamps to be sold

5

**CR****-INI

to numerous customers in the United States for use in interstate commerce. Defendant FRANCISCO RAMIREZ acted without authority from the Secretary of Agriculture.

### COUNT ONE - Use of False Writing or Document

18. From on or about June 28, 2012, until on or about September 23, 2013, defendant ATLAS WOOD PRODUCTS, INC., through its agents and employees acting within the scope of their authority and on behalf of defendant ATLAS WOOD PRODUCTS, INC., in the Southern District to California, did knowingly and willfully make and use a false writing or document, knowing the same to contain a materially false, fictitious or fraudulent statement or entry; to wit, that the wooden pallets defendant ATLAS WOOD PRODUCTS, INC. sold to its customers had been heat treated, in compliance with IPPC standards.

19. Defendant ATLAS WOOD PRODUCTS, INC. knew that ISPM-15 stamps applied to its wooden pallets were counterfeit and materially false representations, in that the pallets in fact had not been heat treated.

All in violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT TWO - Use of Counterfeit Stampt in Violation of Plant Protection Act

20. Paragraphs 1 through 17 are repeated and realleged as though fully incorporated herein.

21. From on or about June 28, 2012, until on or about September 23, 2013, in the Southern District of California, defendant FRANCISCO

6

**CR****-INI

RAMIREZ knowingly used counterfeit ISPM-15 stamps, by applying and directing their application to wooden pallets manufactured, recycled or repaired by defendant ATLAS WOOD PRODUCTS, INC., without authority from the Secretary of Agriculture.

22.   From on or about June 28, 2012, until on or about September 23, 2013, in the Southern District of California, defendant FRANCISCO RAMIREZ knowingly sold and caused the sale of wooden pallets with the counterfeit ISPM-15 stamps to customers who had requested heat-treated pallets for use in international commerce.

All in violation of Title 7, United States Code, section 7734(a).

LAURA E. DUFFY
United States Attorney

7/15/2015
DATED

ANNE KRISTINA PERRY
Assistant U.S. Attorney

7/15/2015
DATED

DANIEL W. DOOHER
Senior Trial Attorney
Environmental Crimes Section

7

**CR****-INI