# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



2016 JAN 19 PM 1:29

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| FRANCO TOVAR RAMIREZ (2) | Case Number: 15CR1828-LAB |
| | EZEKIEL CORTEZ AND JOSHI VALENTINE |
| | Defendant's Attorney |

**REGISTRATION NO.** 44917298

☐ -

THE DEFENDANT:

☒ pleaded guilty to count(s)  TWO OF THE INFORMATION

☐ was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 7 USC 7734(a) | USE OF COUNTERFEIT STAMP IN VIOLATION OF THE PLANT PROTECTION ACT | 2 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is   dismissed on the motion of the United States.

☒ Assessment : $25.00

☒ See fine page    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

January 11, 2016
Date of Imposition of Sentence

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

| DEFENDANT: | FRANCO TOVAR RAMIREZ (2) | Judgment - Page 2 of 4 |
|---|---|---|
| CASE NUMBER: | 15CR1828-LAB | |

## PROBATION

The defendant is hereby sentenced to probation for a term of:
5 YEARS

 

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

☒ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (*Check, if applicable.*)
☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC section 3583(a)(7) and 3583(d).
☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (*Check if applicable.*)
☐ The defendant shall participate in an approved program for domestic violence. (*Check if applicable.*)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| DEFENDANT: | FRANCO TOVAR RAMIREZ (2) | Judgment - Page 3 of 4 |
|---|---|---|
| CASE NUMBER: | 15CR1828-LAB | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state or local crime

//

DEFENDANT:      FRANCO TOVAR RAMIREZ (2)                                   Judgment - Page **4** of **4**
CASE NUMBER:    15CR1828-LAB

## FINE

The defendant shall pay a fine in the amount of     $50,000          unto the United States of America.
Pay a fine in the amount of $50,000 through the Clerk, U. S. District Court. Payment of fine shall be forthwith.
The defendant shall pay the fine during its probation at the rate:
$500 per month for the first 12 months;
$750 per month for the next (second year) 12 months;
$900 per month for the next (third year) 12 months;
$1,000 per month for the next (fourth year) 12 months;
$1,000 per month for the first 11 months of the fifth
year; and
$1,200 on the 12th month of the fifth year.

OR
Pay a fine in the amount of $35,000 through the Clerk, U. S. District Court by 12/31/2016 in full. Payment of fine shall be forthwith. The defendant shall pay the fine during its probation at the rate:
$250 per month for the first 12 months;
$375 per month for the next (second year) 12 months;
$450 per month for the next (third year) 12 months;
$500 per month for the next (fourth year) 12 months;
$500 per month for the first 11 months of the fifth
year; and
$600 on the 12th month of the fifth year.

These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time. Until fine has been paid, the defendant shall notify the Clerk of the Court and the **United States Attorney's Office of any change in the defendant's mailing or residence address, no later** than thirty (30) days after the change occurs.

This sum shall be paid     ☒    Immediately.

The Court has determined that the defendant     does not     have the ability to pay interest. It is ordered that:

☒   The interest requirement is waived